UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| Travis Fields,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>American InterContinental University; and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | Civil Action No.: 1:15-cv-00360-RL-SLC |

**NOTICE OF SETTLEMENT**

　　NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 13, 2016

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By /s/ Amy L. Cueller

　　　　　　　　　　　　　　　　　　　　Amy L. Cueller, Esq.
　　　　　　　　　　　　　　　　　　　　LEMBERG LAW, L.L.C.
　　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Northern District of Indiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By /s/ Amy L. Cueller

                                        Amy L. Cueller