# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| Travis Fields, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:15-cv-00360-RL-SLC |
| | : |
| American InterContinental University ; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| | |
|---|---|
| Travis Fields | American InterContinental University, Inc. |
| ___/s/ Amy L. Cueller _____ | _/s/ Terance A. Gonsalves_____ |
| Amy L. Cueller, Esq. | Terance Gonsalves, Esq. |
| Lemberg Law, LLC | Katten Muchin Rosenman |
| 43 Danbury Road, 3rd Floor | 525 West Monroe Street |
| Wilton, CT 06897 | Chicago, IL 60661-3693 |
| (203) 653-2250 | (312) 902-5200 |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2016, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Indiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Amy L. Cueller

Amy L. Cueller